IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INNOVATIVE COMMUNICATION SYSTEMS, INC., d/b/a ICS, | § § § § | |
| *Plaintiff*, | § § | Case No. 1:13-CV-1044-LY |
| V. | § § | |
| INNOVATIVE COMPUTING SYSTEMS, INC., d/b/a ICS, | § § § | |
| *Defendant* | § § | |

# **PROPOSED ORDER**

Having considered the motions and evidence submitted by the parties, and for good cause shown, now therefore,

Defendant's Motion for Expedited Ruling on Defendant's Motion to Compel is GRANTED.

Dated:  This _____day of _____ 2014.

_____

United States District Court Judge